IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        DAVID T. AND CINDY L. SEUBERT,        : Chapter 13
                            debtor                                      : Case No.  11-21442

## REQUEST TO NOTE CHANGE OF ADDRESS

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly change the address for the debtor, David T. Seubert, to the following:

1541 Mineral Springs Road Apt. 3-R
Reading, PA  19602

**CASE & DIGIAMBERARDINO, P.C.**

By:    s/John A. DiGiamberardino, Esquire
Attorney I.D. #41268
845 N. Park Road, Ste. 101
Wyomissing, PA  19610
(610) 372-9900
(610) 372-5469 -f ax
Attorney for Debtor