United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                           Case No. 11-21442-ref
David T. Seubert                                                 Chapter 13
Cindy L. Seubert
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: SaraR               Page 1 of 3            Date Rcvd: Dec 12, 2016
                              Form ID: 138NEW           Total Noticed: 63
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2016.
```
db          +David T. Seubert,    1541 Mineral Springs Road,    Apt. 3-R,    Reading, PA 19602-2277
jdb         +Cindy L. Seubert,    P.O. Box 75,    Leesport, PA 19533-0075
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr          +JPMorgan Chase Bank, N.A.,     Chase Auto Finance,    201 N Central Ave, Fl 11,
              Phoenix, AZ 85004-1071
12459124    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: FIA Card Services, NA as successor in interest to,
              Bank of America NA and MBNA America Bank,    PO Box 15102,    Wilmington, DE  19886-5102)
12445358    +Barclays Bank Delaware,    POB 8803,    Wilmington, DE 19899-8803
12445359    +Boscov's,    P.O. Box 17642,    Baltimore, MD 21297-1642
12445362     CCO Mortgage,    PO Box 6260,    Glen Allen, VA 23058-6260
12445365    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citicards,    PO Box 182564,    Columbus, OH 43218-2564)
12445360    +Cabela's Club Visa,    POB 82519,    Lincoln, NE 68501-2519
12445361    +Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
12445363    +Chase Auto Finance,    POB 9001801,    Louisville, KY 40290-1801
12445364    +Chase Bank,    POB 15153,    Wilmington, DE 19886-5153
12479817     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
12445367    #+Exeter Ambulance Association,    30 Fairlane Rd.,    Reading, PA 19606-9563
12445368     FIA Card Services,    P.O. Box 15019,    Wilmington, DE 19886-5019
12445369    ++FIRST HORIZON HOME LOANS,    6363 N STATE HWY 161,    SUITE 300,    IRVING TX 75038-2231
             (address filed with court: First Horizon Home Loans,    4000 Horizon Way,    Irving, TX 75063)
13499018    +First Horizon Home Loans et al...,    c/o Nationstar Mortgage, LLC,    Box 619096,
              Dallas, TX 75261-9096
12479016    +First Horizon Home Loans et.al,    Bankruptcy Department,    First Horizon,    4000 Horizon Way,,
              Suite 100 Mail Stop 6206,    Irving, TX 75038-2260
12445372    +Household Bank,    POB 876,    Wood Dale, IL 60191-0876
12462220     JPMorgan Chase Bank, N.A.,    PO Box 901032,    Ft. Worth, TX 76101-2032
12495123    +John A. DiGiamberardino, Esquire,    845 N. Park Road,    Wyomissing, PA 19610-1342
12445373    +John Deere Credit,    P.O. Box 4450,    Carol Stream, IL 60197-4450
12523831    +John Deere Financial,    f/s/b FPC Financial,    Box 6600,    Johnston, IA 50131-6600
12445374    +Juniper Card Service,    POB 13337,    Philadelphia, PA 19101-3337
12601514     Nationstar Mortgage,    PO Box 829009,    Dallas , TX 75382-9009
13280332    +Nationstar Mortgage LLC, et al,    c/o CHRISTOPHER A. DENARDO,    Shapiro and DeNardo, LLC,
              3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
12477495    +RBS Citizens, N.A.,    10561 Telegraph Road,    Glen Allen, VA 23059-4577
12445377    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,    P.O. Box 8026,
              Cedar Rapids, IA 52409-8026)
12474639     Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
12445378    +Tractor Supply Credit,    Processing Center,    Des Moines, IA 50364-0001
12530063     WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
12445379    +Wells Fargo Financial,    POB 660431,    Dallas, TX 75266-0431
13029090     eCAST Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
13102184     eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         +E-mail/Text: bncmail@w-legal.com Dec 13 2016 01:58:46     RICHARD S. RALSTON,
              Weinstein & Riley P. S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
smg         +E-mail/Text: robertsl2@dnb.com Dec 13 2016 01:58:47     Dun & Bradstreet, INC,
              3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2016 01:58:29
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 13 2016 01:58:49     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/Text: bnc@bass-associates.com Dec 13 2016 01:58:18     Capital One, N.A.,
              Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr           E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2016 01:54:53     GE Money Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave, Suite 1120,    Miami, FL  33131-1605
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2016 02:06:23
              PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
cr          +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2016 01:55:20
              Recovery Management Systems Corporation For GE Mon,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
cr          +E-mail/Text: bnc@bass-associates.com Dec 13 2016 01:58:19     eCAST Settlement Corporation,
              c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
12509203    +E-mail/Text: bncmail@w-legal.com Dec 13 2016 01:58:46     CANDICA L.L.C.,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
```

```
District/off: 0313-4          User: SaraR                  Page 2 of 3                   Date Rcvd: Dec 12, 2016
                              Form ID: 138NEW              Total Noticed: 63

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12526928       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 13 2016 01:55:22
                 CR Evergreen II, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
12564411      +E-mail/Text: bncmail@w-legal.com Dec 13 2016 01:58:46      Candica, L.L.C.,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
12813367      +E-mail/Text: bnc@bass-associates.com Dec 13 2016 01:58:19      Capital One, N.A,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
12445366      +E-mail/Text: collections@cafcu.org Dec 13 2016 01:58:49      Corporate America Credit Union,
                 2075 Big Timber Rd.,    Elgin, IL 60123-1140
12627442      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 13 2016 01:55:45
                 East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
                 Greenville, SC 29602-0288
12833079       E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2016 01:55:42      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
12445370      +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2016 01:55:20      GE Money Bank,    POB 981064,
                 El Paso, TX 79998-1064
12461591       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 13 2016 01:55:45      GE Money Bank,
                 c/o B-Line, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
12589364      +E-mail/Text: bnc@bass-associates.com Dec 13 2016 01:58:19      HSBC Bank Nevada, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
12668929      +E-mail/Text: bknotice@ncmllc.com Dec 13 2016 01:58:46      National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
12500051       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2016 02:06:06
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
12445375      +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2016 01:54:54      PayPal Smart Connect,
                 POB 960080,    Orlando, FL 32896-0080
12454279       E-mail/PDF: rmscedi@recoverycorp.com Dec 13 2016 01:55:22
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12445376      +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2016 01:55:42      Sam's Club /GEMB,    POB 530942,
                 Atlanta, GA 30353-0942
13036298      +E-mail/Text: bncmail@w-legal.com Dec 13 2016 01:58:48      Vanda, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
                                                                                               TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +CANDICA, L.L.C.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
cr*           CR Evergreen II, LLC,    MS 550,    PO Box 91121,    Seattle, WA  98111-9221
cr*          +East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
               GREENVILLE, SC 29602-0288
cr*          +National Capital Management, LLC,    8245 Tournament Dr.,    Suite 230,    Memphis, TN 38125-1741
cr*           Nationstar Mortgage,    PO Box 829009,    DALLAS, TX  75382-9009
cr*          +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
cr*          +Vanda, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
cr*           eCast Settlement Corporation,    PO Box 28136,    New York, NY  10087-8136
12537888*    +CANDICA, LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12445371*   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Home Depot Credit Services,    Processing Center,
               Des Moines, IA 50364)
12570916*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
               Norfolk VA 23541)
13673522*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
               Norfolk, VA 23541)
                                                                                 TOTALS: 0, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-4          User: SaraR                 Page 3 of 3                   Date Rcvd: Dec 12, 2016
                              Form ID: 138NEW             Total Noticed: 63
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2016 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    FIRST HORIZON HOME LOANS paeb@fedphe.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JENNIFER R. ALDERFER    on behalf of Plaintiff David T. Seubert jalderfer@zatorlaw.com
              JENNIFER R. ALDERFER    on behalf of Plaintiff Cindy L. Seubert jalderfer@zatorlaw.com
              JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Cindy L. Seubert jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor David T. Seubert jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    First Horizon Home Loans et al....
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              KRISTEN D. LITTLE    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARY F. KENNEDY    on behalf of Creditor    Citizens Bank, N.A. mary@javardianlaw.com,
               tami@javardianlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    JPMorgan Chase Bank, N.A.
               mortonlaw.bcraig@verizon.net,  mhazlett@mortoncraig.com
                                                                                             TOTAL: 14
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: David T. Seubert and Cindy L. Seubert

     Debtor(s)                                                            Bankruptcy No: 11−21442−ref

                                                                       Chapter: 13

---

### *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

   2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        400 Washington Street
        Suite 300
        Reading, PA 19601

within 30 days from the date of this notice.

   3. In the absence of any objection, the Court may enter the Order of Discharge.

                                              For The Court

                                              Timothy B. McGrath
                                              Clerk of Court

Dated: 12/12/16

                                                                                       110 − 109
                                                                                  Form 138_new